

14

## THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

In The
United States Supreme Court
For Connecticut Republic

Adore Bey, Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Michigan Territory
[c/o 19936 Sussex st]
[Detroit, Mi [48235]]
Northwest Amexem
    **Petitioner**
Adore Bey

Case:2:19-cv-12519
Judge: Cohn, Avern
MJ: Patti, Anthony P.
Filed: 08-27-2019 At 03:03 PM
CMP BEY V. AMAZON DTW ET AL (NA)

**v.**

Amazon DTW1/ Jeff Bezos/Shawn Westlund/Sonya Fudge
    **Respondents / Defendants**

### Jurisdiction

This action containing complaints for declaratory relief and damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the United States Republic as follows:

The U.S. Department of Justice, Office on Violence Against Women (OVW) defines sexual assault as "any nonconsensual sexual act proscribed by Federal, tribal, or State law, including when the victim lacks the capacity to consent" (U.S. DOJ, OVW 2018). While sexual assault is a criminal offense, the law also recognizes sexual harassment as a form of employment discrimination. The U.S. Equal Employment Opportunities Commission (EEOC) states that "unwelcome sexual advances, request for sexual favors, and other verbal or physical harassment of a sexual nature constitutes sexual harassment when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment" (U.S. EEOC 2018a). Such harassment may include unwelcome verbal, visual, nonverbal, or physical conduct that is of a sexual nature or based on someone's sex. Case law has established that to meet the legal standards for action, workplace harassment must be "severe or pervasive" and affect working conditions (U.S. EEOC 2018b).

Sexual harassment constitutes illegal sex discrimination under Title VII of the Civil Rights Act of 1964, which is enforced by the EEOC;

Title VII of the Civil Rights Act of 1964 is a federal law that prohibits employers from discriminating against employees on the basis of sex, race, color, national origin and religion. It generally applies to employers with 15 or more employees, including federal, state and local governments.

### Venue

Original Jurisdiction United States Supreme Court <Michigan Republic>

### Plaintiff

Adore Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North

America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants
AMAZON DTW1/Jeff Bezos

### Facts
In support of this petition I state for the record:

1. On **February 26, 2019**, Adore Bey reported to ethics the behavior of multiple AMAZON DTW1 employees located at 32801 Ecorse Road, Romulus, Michigan, 48174.

2. In this report Kaylee Milnee, and Nicole Miller were named for unfair work practices, and violating the privacy of employees.

3. Kaylee Milnee displayed unlawful work practices by logging into a stower account under the login (ntherr) on **February 21, 2019** around 3:00pm est. Kaylee Milnee worked under this login at the same time as the employee was logged in to the station right next to her.

4. Kaylee Milnee consistently helped her best workers, as she allowed her other employees to struggle as products were being taken away from them. She continuously wrote those that struggled up for rates, productivity, and quality.

5. On **February 21, 2019,** two employees attempted to stow 5,000 products. Both stowers skipped their two o'clock break, thus giving them a total of six hours of stowing with no food, and barely using the restroom or hydrating.

6. On **February 22, 2019,** Adore Bey went to HR (Human Resources) to report her Manager Kaylee Milnee for unsafe and unfair work practices.

7. Adore Bey spoke with Nicole Miller in front of 3 unidentified HR witnesses about Kaylee Milnee.

8. In the midst of a conversation between Adore Bey and Nicole Miller, Kaylee walked in, and Nicole got up and pushed her back out of the room. Nicole never returned, leaving another HR Representative to finish up with Adore Bey.

9. **February 23, 2019,** Nicole Miller aggressively questioned Lige Bostic as he inquired about the number to ethics.

10. On **February 26, 2019,** Adore Bey reported sexual harassment and unfair treatment from water spiders to ethics. (See Exhibit 1)

11. On **March 27, 2019,** Adore Bey reported the names of three employees all being water spiders, to investigate for sexual harassment Timothy Mitchell, Antuan, & Matthew.

12. Timothy Mitchell stated that women will do anything for product, he consistently catered to certain women while removing product from other hard working employees.

13. Antuan consistently made comments about the sexual preference of Adore Bey, as well as grabbing her to engage in hugs, while saying sexual things as in he was giving her good product because she was wearing leggings.

14. On a daily basis Antuan expressed to Adore Bey that he wishes she wasn't interested in women, repeatedly expressing his feelings towards her sexuality.

15. Matthew favored one woman in particular and would only cater to her, he also engaged in the removal of other employees work.

16. An unidentified cleaner asked Adore Bey on the elevator at 7am if she was busting down last night, relating to sexual activity.

17. On **March 27, 2019,** Adore Bey had constant anxiety attacks and decided to take a leave while the case was being handled.

18. When Adore Bey returned **April 11, 2019,** Antuan reported to Adore Bey that Linda had reported Timothy, Matthew, and himself. Everyone denied the accusations.

19. From **April 11- May 4, 2019** Adore Bey went on many occasions to see what was being done about the case. Continuously ensured that something would be done.

20. **May 4- June 5, 2019** Adore Bey was on a leave from Amazon. Upon returning on May 4th Adore Bey again inquired with HR about the status, finding out that nothing had been done.

21. On **June 14, 2019,** Adore Bey again inquired about the sexual harassment case with Nicole Miller. Nicole Miller advised Adore Bey to rewrite all facts in the case once again. She then informed her that the case had switched from herself, to Brandon Wisdom, to Bryan (Head of HR), and back to Brandon.

22. Bryan spoke with Adore Bey and insisted that the situation would be handled that day.

23. Bryan and Brandon continuously promised remedy for the anxiety attacks that Adore Bey experienced after months of constantly working around her sexual harassers.

24. Adore Bey managers Dominique Moore and Troy Lanez, moved her away from those listed on multiple occasions after the men complained about Adore Bey working near them.

25. Brandon informed Adore Bey that because it had been months, and they failed to properly investigate the case, they wouldn't be able to move forward in the case. Brandon Wisdom went on to say that it was because of a lack of staff, and lack of communication as well as being overworked.

26. On **June 14, 2019,** Adore Bey named Linda for communicating to everyone that Adore Bey is the one that reported everyone.

27. On **June 14, 2019,** Adore Bey named Linda as a possible witness of the behavior of the water spiders.

28. On **June 14, 2019,** Adore Bey expressed her discomfort with the fact that Linda who told everyone about her case came in with a gun.

29. No one ever updated Adore Bey on if they spoke with Linda or if she'd be considered a witness.

30. On **June 14, 2019,** Adore Bey expressed how she'd been coming in with constant anxiety because the case dragged on for so long.

31. On **June 19, 2019,** Adore Bey called ethics for the second time to report this case and to inform them that nothing had previously been done.

32. On **June 25, 2019,** After receiving no solution to the case, Adore Bey wrote on the employees VOA Board that Amazon has failed humanity and women. Adore Bey also mentioned that if she had any further problems she'd take legal action.

33. After reporting to ethics, Adore Bey spoke with Bryan and Brandon again about the case.

34. Between the last conversations nothing had yet to be done.

35. Brandon again admitted that the case had been pushed off for so long due to lack of HR staffing, as well as the case being passed off so many times.

36. When it came down to finding a solution for this case, everyone that Adore Bey spoke to failed to do anything, continuously claiming to have no other witnesses. No one in this case received disciplinary action.

37. Troy Lanez & Dominique Moore continuously acted ignorant to the case, claiming to have been unaware of it for months.

38. Adore Bey explained to Bryan head of Human Resources and Shawn Westlund General Manager of Amazon that she'd been sexually harassed on a daily basis and missing work because of anxiety and the case being prolonged. Shawn Westlund first insisted that Adore Bey work through the anxiety, then stated that she could move to another department to avoid being around the men.

39. Adore Bey explained to Shawn Westlund that moving her wasn't going to solve the issue at hand and that she still felt uncomfortable and unprotected within the entire case..

40. Timothy Mitchell continued to deny claims and take part in reputation demolition against Adore Bey.

41. Adore Bey reported feeling harrassed by manager Travis Tracey and requested removal from his team due to the anxiety he causes her. Removal was granted up until **July 26-27, 2019.**

42. **On July 27, 2019** Travis Tracey was sent by Sonya Fudge along with Michael Sheppard to assist him in delivering a write up to Adore Bey for productivity and quality because Adore Bey new manager was sick that day.

43. On **July 27, 2019** Sonya Fudge insisted that because Adore Bey had so many problems with multiple people that she was the problem after encouraging her to take legal action in a prior conversation.

44. Sonya Fudge followed Adore Bey into HR blurting out to the representatives "I have already talked with her about her issues."

## Legal Claims

The U.S. Department of Justice, Office on Violence Against Women (OVW) defines sexual assault as "any nonconsensual sexual act proscribed by Federal, tribal, or State law, including when the victim lacks the capacity to consent" (U.S. DOJ, OVW 2018). While sexual assault is a criminal offense, the law also recognizes sexual harassment as a form of employment discrimination. The U.S. Equal Employment Opportunities Commission (EEOC) states that "unwelcome sexual advances, request for sexual favors, and other verbal or physical harassment of a sexual nature constitutes sexual harassment when this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment" (U.S. EEOC 2018a). Such harassment may include unwelcome verbal, visual, nonverbal, or physical conduct that is of a sexual nature or based on someone's sex. Case law has established that to meet the legal standards for action, workplace harassment must be "severe or pervasive" and affect working conditions (U.S. EEOC 2018b).

Sexual harassment constitutes illegal sex discrimination under Title VII of the Civil Rights Act of 1964, which is enforced by the EEOC;

Title VII of the Civil Rights Act of 1964 is a federal law that prohibits employers from discriminating against employees on the basis of sex, race, color, national origin and religion. It generally applies to employers with 15 or more employees, including federal, state and local governments.

## RELIEF

1. **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, Adore Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).
2) I, Adore Bey, demand this United States Federal Court stop these abuses of the colorable authority by the Plaintiff as it pertains to this Petitioner.
3) I, Adore Bey, demand if any criminal charges be found, let them be placed upon the Defendants..
4) I, Adore Bey, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.
5) I, Adore Bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Defendants to be brought before the Law to answer for their criminal and unjust actions.
6) All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.
7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.
8) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate 'recusal of his or her office.

9) Respondent Jeff Bezos is being sued for $333,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.
10) Respondent Shawn Westlund is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.
11) Respondent Sonya Fudge is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official and private capacity payable in lawful money.

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 26 day of August, 2019

I Am: Adore Bey  Authorized Representative

Natural Person, In Propria Persona: Adore Bey

All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103

Michigan Territory  [℅ 19936 Sussex St] [Detroit Mi, 48235]
Northwest Amexem

   

**Moorish National Republic Federal Government**
~ Societas Republicae Ea Al Maurikanos ~
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / "The North Gate"
~ Temple of the Moon and Sun ~
The True and De Jure Natural Peoples – Heirs of the Land
~ I.S.L.A.M. ~

For the record, on the record, and let the record show

**Memorandum to Waive All UNITED STATES MUNICIPAL COURT Document Fees**

To:  UNITED STATES MUNICIPAL COURT

    United States District Court Office of the Clerk
        231 W. Lafayette
        5th Floor
[ Detroit Territory [10101]]

From:  Adore Bey ex Relatione Shauntavia Ward-Sweet (All Rights claimed and exercised at this time)      C/o
[Detroit Territory [48235]]

  



**Moorish National Republic Federal Government**
**∽ ~ Societas Republicae Ea Al Maurikanos ~ ∽**
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / "The North Gate"**
**∽ ~ Temple of the Moon and Sun ~ ∽**
**The True and De Jure Natural Peoples – Heirs of the Land**
**∽ ~ I.S.L.A.M. ~ ∽**

---

To the UNITED STATES MUNICIPAL COURT CLERK:

Whereas, Moorish American Nationals are not US Citizens per the 13th Amendment Section 12 which states that: "The traffic in Slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; and the descendants of Africans shall not be citizens." Ratified January 1865 with a vote of 119–56.

I, _Adore Bey_, Aboriginal Indigenous Divine Natural Moorish American Person, In Propria Persona (And Not Pro Se Nor Colorable, nor represented by an Attorney at any time) due hereby declare and affirm the following Treaties, Supreme Law of the Land, National and International Declarations, and Case Law to be applicable with regard to waiver of all United States District Court fees for cases, lawsuits, copying, sending, receiving, and viewing documents for Public viewing and use:

1. **The Treaty of Peace and Friendship 1786/1836.**
2. **The Constitution For the United States Republic of North America 1789/1791– Articles III and VI as well as stated amendments.**
3. **The Declaration on the Rights of Indigenous People, 2010.**

**United States Constitution Article VI**

- *"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the*

  

## Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
#### ~ Temple of the Moon and Sun ~
#### The True and De Jure Natural Peoples – Heirs of the Land
#### ~ I.S.L.A.M. ~

*Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."*

*T***herefore**, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);  The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and

   

### Moorish National Republic Federal Government
#### ~ Societas Republicae Ea Al Maurikanos ~
##### Moorish Divine and National Movement of the World
##### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
##### ~ Temple of the Moon and Sun ~
##### The True and De Jure Natural Peoples – Heirs of the Land
##### ~ I.S.L.A.M. ~

"**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a REMOVAL of any and all unconstitutional fees demanded by the United States District Court Clerk for the viewing, use, copying, sending, or receiving of documents for Public use of any kind.

**I Respectfully, with 'Good Faith', and with Honor**, demand free access to the Court and it's documents by Right, with said access unhindered.

I, _Adore Bey_, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural

Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of

  

### Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
#### ~ Temple of the Moon and Sun ~
#### The True and De Jure Natural Peoples – Heirs of the Land
#### ~ I.S.L.A.M. ~

---

my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*H*ibu (Love), *H*aqq (Truth), *S*alaam (Peace), *H*urryatun (Freedom), Adl (Justice),

*A*ll Rights Reserved Without Prejudice / Recourse; Allodial Claim.

I am: _Adore Bey_ All Rights Reserved U(1-207/1-308

Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved  Aboriginal / Indigenous, free Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable) *Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands Al Moroc / Ameru / Americana)

- "Amen dico vobis, quaecumque alligaveritis super terram, erunt ligata et in caelo: et quaecumque solveritis super terram, erunt soluta et in caelo."

- "Sic erit verbum meum, quod egredietur de ore meo: non revertetur ad me vacuum, sed faciet quaecumque volui, et prosperabitur in his, ad quae misi illud."

- "Respondens autem Jesus, ait eis: Amen dico vobis, si habueritis fidem, et non haesitaveritis, non solum de ficulnea facietis, sed et si monti huic dixeritis, Tolle, et iacta te in mare, fiet."

  



# Moorish National Republic Federal Government
## ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### ~ Temple of the Moon and Sun ~
### The True and De Jure Natural Peoples – Heirs of the Land
### ~ I.S.L.A.M. ~

*Moorish American Consulate*

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Adore Bey

### DEFENDANTS
Jeff Bezos DTW' Amazon

**(b)** County of Residence of First Listed Plaintiff: Wayne County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☒ 710 Fair Labor Standards Act
- ☒ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983 " Deprivation of rights, privileges, or immunities secured by the Constitution and [Federal Laws].

Brief description of cause:
Long Term Sexual harassment case at DTW.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____





FROM:
Adore Bey
#4xx
1311 14436 Sussex St J
Detroit MI 48235

TO:
United States District Court
Office of the Clerk
231 W Lafayette 5th Floor
Detroit, Michigan 48226

RECEIVED
AUG 27 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

new case

8-26-19

7018 0680 0001 2066 8753

CERTIFIED MAIL

U.S. POSTAGE PAID
GARDEN CITY, MI
48135
AUG 26, 19
AMOUNT
$10.85
R2305H128876-22



**PRIORITY MAIL**

MAILING ENVELOPE

EP14 July 2013
OD: 11.625 x 15.125

PS00000000013